# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 08-cv-01293-REB-KMT

WILLIAM COLLINS, JR.,

    Plaintiff,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY, and
JOSE I. GARIBAY-YANEZ,
LUIS G. QUINTERO, d/b/a WILLY'S TRUCKING,

    Defendants.

## ORDER OF DISMISSAL
## AS TO DEFENDANT MOUNTAIN STATES MUTUAL CASUALTY COMPANY

**Blackburn, J.**

The matter comes before the court on the parties' **Stipulated Motion For Dismissal With Prejudice** [#21] filed October 10, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice as to defendant Mountain States Mutual Casualty Company.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice** [#21] filed October 10, 2008, is **GRANTED**;

2. That plaintiff's claims against defendant, Mountain States Mutual Casualty Company, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendant, Mountain States Mutual Casualty Company, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated October 14, 2008, at Denver, Colorado

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**