IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-01293-REB-KMT

WILLIAM COLLINS, JR.,

    Plaintiff,

v.

JOSE I. GARIBAY-YANEZ,, and
LUIS G. QUINTERO, d/b/a WILLY'S TRUCKING,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the plaintiff's **Notice of Voluntary Dismissal Pursuant To Fed.R.Civ.P. 41(a)(1)(A)** [#24] filed October 15, 2008. After careful review of the notice and the file, the court has concluded that the notice should be approved, that the court's **Order To Show Cause** [#23] entered October 14, 2008, should be made absolute, and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal Pursuant To Fed.R.Civ.P. 41(a)(1)(A)** [#24] filed October 15, 2008, is **APPROVED**;

2. That the court's **Order To Show Cause** [#23] entered October 14, 2008, is made **ABSOLUTE**; and

3. That this action is **DISMISSED WITH PREJUDICE**.

Dated October 16, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**